**Richard D. TALBOTT, Appellant,**

v.

**Scott FISHER, Warden, Appellee.**

No. 11–2248.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 7, 2011.

Filed: Nov. 17, 2011.

Richard D. Talbott, Manchester, KY,
pro se.

Lisa D. Kirkpatrick, Assistant U.S. Attorney, James Lackner, Mirela Missova,
U.S. Attorney's Office, St. Paul, MN, for
Appellee.

Before MELLOY, BOWMAN, and
SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Richard Talbott appeals
from the order of the District Court[1] denying his 28 U.S.C. § 2241 habeas petition.
Talbott is serving a 264–month sentence
imposed in the United States District
Court for the Southern District of Indiana
after a jury found him guilty of being a
felon in possession of ammunition, § 18
U.S.C. § 922(g)(1). He argued in his habeas petition that he should not have been
sentenced as an armed career criminal under 18 U.S.C. § 924(e) because his prior
convictions for Class C felony battery, *see*
Ind.Code § 35–42–2–1.1(a)(3), did not qualify as "violent felonies" under *Johnson v.
United States,* —— U.S. ——, 130 S.Ct.
1265, 176 L.Ed.2d 1 (2010). Following
careful de novo review, we affirm the denial of relief and the dismissal of Talbott's
petition because he did not establish that a
remedy under 28 U.S.C. § 2255 in the
sentencing court would be inadequate or
ineffective. *See Hill v. Morrison,* 349
F.3d 1089, 1091 (8th Cir.2003) (noting that
a collateral challenge to a federal conviction or sentence must generally be raised
in the sentencing court under § 2255 and
not in a § 2241 petition filed in the court of
incarceration); *United States v. Lurie,* 207
F.3d 1075, 1077 (8th Cir.2000) (explaining
that § 2255 is not inadequate or ineffective
simply because a prisoner cannot file a
successive § 2255 motion). Talbott's motion for oral argument is denied.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.